FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2018 OCT 17 PM 1:29

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| DONALD M. RICHARDS, JR., | ) |
| Plaintiff, | ) |
| v. | ) CV 317-023 |
| JEROME DANIELS, Sgt., | ) |
| Defendant. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **GRANTS** Defendant's motion for summary judgment, (doc. no. 38), **DIRECTS** the Clerk to **ENTER** final judgment in favor of Defendant, and **CLOSES** this civil action.

SO ORDERED this _17th_ day of October, 2018, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE